Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)576-6885
Email:  mac@mbvesq.com
*Counsel for the Ms. Ball
and Mr. Prignano*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA BALL | * |
| | * |
| and | * |
| | * |
| JOHN PRIGNANO | * |
| | *   Case No. 2:20-cv-888 |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| SKILLZ INC. | * |
| | * |
| Defendant. | * |
| | * |

**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Come now Alyssa Ball ("Ms. Ball") and John Prignano ("Mr. Prignano") (Ms. Ball and Mr. Prignano being collectively known as the "Plaintiffs" and each sometimes being known as a "Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, and hereby file this certificate of interested parties and certifies that the following entities and persons have an interest in the outcome of this case:

1. Ms. Ball

2. Mr. Prignano

3. The VerStandig Law Firm, LLC

CERTIFICATE OF INTERESTED PARTIES - 1



4. Skillz Inc.

These representations are made to enable judges of this Honorable Court to evaluate possible disqualification or recusal.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-576-6885
Electronic Mail: mac@mbvesq.com
*Counsel for the Plaintiffs*

CERTIFICATE OF INTERESTED PARTIES - 2