AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-888

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Skillz Inc.

was received by me on *(date)*   5/20/2020   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Kris, Administrative Assistant   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company,
112 N. Curry St., Carson City, NV 89703   on *(date)*   5/20/2020 @ 12:10PM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 5/21/2020

*Server's signature*

Mary Magdalene Zeles, Process Server #R-2019-01041
*Printed name and title*

Legal Process Service, State Lic. #604
105 Mary Street
Reno, NV 89509
*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served:
Complaint and Demand for Trial by Jury; Civil Cover Sheet

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Alyssa Ball and John Prignano

*Plaintiff(s)*

v.

Skillz, Inc.

*Defendant(s)*

Civil Action No. 2:20-cv-00888-JAD-BNW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Skillz Inc.
c/o Corporation Service Company
112 North Curry Street
Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/18/20

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*