E. LEIF REID, Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada  89501-2128
Tel:    775.823.2900
Fax:   775.823.2929
lreid@lrrc.com

*Attorney for Defendant*
Skillz Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA BALL<br><br>and<br><br>JOHN PRIGNANO,<br><br>            Plaintiffs,<br><br>v.<br><br>SKILLZ INC.,<br><br>            Defendant. | CASE No. 2:20-CV-00888-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [FIRST REQUEST]** |

Defendant Skillz Inc., by and through their counsel, Lewis Roca Rothgerber Christie LLP, and Plaintiffs Alyssa Ball and John Prignano, through their counsel of record, The VerStandig Law Firm, LLC, hereby stipulate and agree to the following:

1.  On May 17, 2020, Plaintiffs filed their Complaint against Defendant. ECF No. 1. On or about May 20, 2020, Plaintiff served the Summons and Complaint on Defendant Skillz Inc., which makes their response to the Complaint due by June 10, 2020.

2.  Plaintiffs and Defendant agree that Defendant shall have up to and including July 10, 2020, to respond to Plaintiffs' Complaint. This is the first request for an extension of time to respond to the Complaint.

111459104.1

3. This extension is requested to provide Defendant with sufficient time to review and respond to Plaintiffs' allegations.

DATED this 9th day of June, 2020.                     DATED this 9th day of June, 2020.

THE VERSTANDIG LAW FIRM, LLC                          LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ Maurice VerStandig                                /s/ E. Leif Reid
Maurice VerStandig, SBN 15346                         E. Leif Reid, SBN 5750
1452 W. Horizon Ridge Pkwy, #665                      One East Liberty Street, Suite 300
Henderson, Nevada 89012                               Reno, Nevada 89501

*Attorney for Plaintiffs*                             *Attorney for Defendant*


**IT IS SO ORDERED:**


UNITED STATES DISTRICT JUDGE

DATED:

111459104.1                                  - 2 -