DocuSign Envelope ID: C24D842C-A2B6-4B10-9F65-8C5CE693B7B0

E. LEIF REID, Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929
lreid@lrrc.com

Attorneys for Defendant Skillz Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA BALL AND JOHN PRIGNANO; | CASE No. 2:20-cv-00888-JAD-BNW |
| Plaintiffs, | |
| vs. | **DECLARATION OF ELLIOTT KAPLAN IN SUPPORT OF DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS** |
| SKILLZ INC., | |
| Defendant. | **REDACTED FOR PUBLIC FILING** |

## DECLARATION OF ELLIOTT KAPLAN

I, ELLIOTT KAPLAN, declare as follows:

1.      I have been employed at Skillz Inc. ("Skillz") since February 22, 2016.  My current position at Skillz, which I have held since December 2019, is Vice President of Customer Advocacy.  My responsibilities in that position include overseeing Skillz' Customer Service team.  I also oversee Skillz' Trust and Safety team, which works to prevent cheating and abuse on Skillz' gaming platform with the goal of providing the Skillz player community with fair and level competition.  Prior to becoming Vice President of Customer Advocacy, I held the position of Director of Customer Service, with similar responsibilities to those I have as Vice President of Customer Advocacy.  I became Director of Customer Service when I joined Skillz in February 2016.

2.      I submit this declaration in support of Skillz' motion to dismiss the above-captioned action.  I have personal knowledge of the following facts and, if called and sworn in as a witness, could and would competently testify thereto.

3.      Skillz is one of the world's leading mobile games platforms.  It hosts numerous online skill-based games, in which players can compete for cash prizes in head-to-head matches or tournament-style play.  21 Blitz is one of the games hosted on Skillz' platform.

4.      In order to play 21 Blitz or other games hosted on Skillz' platform, a user must establish a Skillz account.  A player who wishes to participate in paid entry competitions must save their account by providing an email address for the account and verifying their age via the following screen:

-1-      Case No.   2:20-cv-00888-JAD-BNW

**DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18      5.      As shown above, after entering their date of birth, a user must tap on "Next" in

19  order to save their Skillz account. Below the box labeled "Next" is an advisory stating, "By

20  tapping 'Next', I agree to the Terms of Service and the Privacy Policy."  The underlined text in

21

22  the advisory is a hyperlink, which, when tapped, brings the user to the webpage located at

23  *skillz.com/legal*, on which is posted Skillz' Terms of Service and Privacy Policy.  By reviewing

24  past versions of our platform software, I have confirmed that this has been the case since at least

25  January 1, 2018.

26

27                                          **-2-**          Case No.    2:20-cv-00888-JAD-BNW
                                    **DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S**
28                                  **MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

6.      I am aware from my personal participation in the investigation referenced below and review of Skillz correspondence with Prignano and Ball that (i) John Prignano maintained a Skillz account under the username "Prignum42," which was linked to the email address ▮▮▮▮▮▮▮▮▮▮ and, (ii) Alyssa Ball maintained a Skillz account "Lysnico," which was linked to the email address ▮▮▮▮▮▮▮▮▮ Skillz' personnel have communicated with Mr. Prignano and Ms. Ball about their respective Skillz' accounts through these email addresses. Attached as **Exhibits 1** and **2** are examples of such correspondence.

7.      Skillz maintains a database of the dates user accounts are established.  By querying that database, I found that the "Prignum42" user account was established on January 8, 2018, and the "Lysnico" user account was established on April 25, 2019.

8.      In order to deposit funds and then participate in paid entry competitions, a user must save their Skillz account.  Skillz maintains a database of the financial transactions associated with each Skillz account.  By querying that database, I found that the first deposit of funds and first paid entry competition for the Prignum42 account occurred on January 2, 2019. By querying that database, I found that the first deposit of funds and first paid entry competition for the Lysnico account occurred on April 25, 2019.  This confirms that these accounts had been saved not later than those dates; as noted above, a user cannot participate in paid entry competition unless their Skillz account has been saved.

9.      Attached hereto as **Exhibit 3** is a true and correct copy of Skillz' Terms of Service, as they existed between January 8, 2018 and April 25, 2019.  Sections 1.1 and 14 of the Terms of Service relate to arbitration.  The Terms of Service were amended on October 10, 2019, but Sections 1.1 and 14 were unchanged.  A true and correct copy of the Terms of Service, as amended on October 10, 2019, is attached hereto as **Exhibit 4**.

-3-      Case No.   2:20-cv-00888-JAD-BNW

**DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

10.     As an incentive for players, Skillz maintains a loyalty program through which players can earn "Ticketz" – a form of virtual currency on Skillz' platform – based on the frequency of their play.  Ticketz can be used to redeem prizes.  The top prize is a Porsche Boxster.

11.     In August 2019, Prignano attempted to redeem Ticketz for a Porsche Boxster. Around this time, Skillz received complaints from other Skillz community members about Prignano's gameplay.  Skillz investigated those complaints.  In connection with that investigation, Prignano reiterated his agreement to Skillz' Terms of Service in email correspondence with Skillz.  See **Exhibit 5**.

12.     Prignano satisfied initial tests showing that his playing ability was consistent with his level of skill.  However, Skillz received information from other players in the form of text messages indicating that Prignano has been strategically aborting games in order to avoid losses. Skillz has confirmed the existence of such conduct through the use of analytics.

13.     Skillz also received evidence in the form of text messages suggesting that Prignano had colluded with Ball to manipulate the results of tournament play by throwing games to each other.  Skillz has confirmed the existence of such collusion through the use of analytics.

14.     Skillz' Terms of Service prohibits cheating, fraud, and abuse.  Ball and Prignano's above-referenced conduct is considered cheating, fraud, and abuse under Skillz' Terms of Service.

15.     Based on the findings of its investigation, Skillz sent a notice to Prignano on March 13, 2020, notifying him that he has been permanently banned from Skillz' platform and that his winnings are forfeited and/or subject to recoupment.  A copy of that notice is attached hereto as **Exhibit 1**.

-4-          Case No.    2:20-cv-00888-JAD-BNW

**DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

16.     Based on the findings of its investigation, Skillz sent a notice to Ball on April 28, 2020, notifying her that she has been permanently banned from Skillz' platform and that her winnings are forfeited and/or subject to recoupment.  A copy of that notice is attached hereto as **Exhibit 2**.


I declare under penalty of perjury under the law of Nevada that the foregoing is true and correct.

Executed this 10th day of July, 2020, in Portland, Oregon.

DocuSigned by:

*Elliott Kaplan*

CC852B421BF74CA...

Elliott Kaplan
Skillz Vice President of Customer Advocacy

**DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**