# EXHIBIT 1

## Email exchange between Skillz Inc. and Plaintiff John Prignano on March 13, 2020

## FILED UNDER SEAL

# EXHIBIT 1