E. LEIF REID, Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada  89501-2128
Tel:     775.823.2900
Fax:    775.823.2929
lreid@lrrc.com

*Attorney for Defendant*
Skillz Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA BALL, JOHN PRIGNANO, and JANE ROE,<br><br>Plaintiffs,<br><br>v.<br><br>SKILLZ INC.,<br><br>Defendant. | CASE No. 2:20-CV-00888-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 11)**<br><br>**[FIRST REQUEST]** |

Defendant Skillz Inc., by and through its counsel, Lewis Roca Rothgerber Christie LLP, and Plaintiffs Alyssa Ball, John Prignano, and Jane Roe (together collectively referred to herein as "Plaintiffs"), by and through their counsel of record, The VerStandig Law Firm, LLC, hereby stipulate and agree as follows:

1. Defendant shall have up to and including August 17, 2020, to respond to Plaintiffs' First Amended Complaint and Demand for Trial by Jury (ECF No. 11).  This is the first request for an extension of time to respond to the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

111863753.1

2. This extension is requested to provide Defendant with sufficient time to review and respond to Plaintiffs' allegations.

DATED this 30th day of July, 2020.                    DATED this 30th day of July, 2020.

THE VERSTANDIG LAW FIRM, LLC                          LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ Maurice VerStandig                                /s/E. Leif Reid
Maurice VerStandig, SBN 15346                         E. Leif Reid, SBN 5750
1452 W. Horizon Ridge Pkwy, #665                      One East Liberty Street, Suite 300
Henderson, Nevada 89012                               Reno, Nevada 89501

*Attorney for Plaintiffs*                             *Attorney for Defendant*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

111863753.1                                - 2 -