E. Leif Reid, Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada  89501-2128
Tel:     775.823.2900
Fax:    775.823.2929
lreid@lrrc.com

*Attorney for Defendant*
Skillz Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA BALL, JOHN PRIGNANO, and JANE ROE,<br><br>Plaintiffs,<br><br>v.<br><br>SKILLZ INC.,<br><br>Defendant. | CASE No. 2:20-CV-00888-JAD-BNW<br><br>**STIPULATION AND ORDER FOR STAY OF DISCOVERY**<br><br>**[FIRST REQUEST]** |

Defendant Skillz Inc., by and through its counsel, Lewis Roca Rothgerber Christie LLP, and Plaintiffs Alyssa Ball, John Prignano, and Jane Roe (together collectively referred to herein as "Plaintiffs"), by and through their counsel of record, The VerStandig Law Firm, LLC, submit this Stipulation and Order for Stay of Discovery.  The parties jointly seek a stay of discovery for the reasons stipulated below:

1) Plaintiffs filed their Complaint on May 17, 2020. (ECF No. 1)  Defendant filed a Motion to Compel Arbitration and Motion to Dismiss (ECF Nos. 8 and 9) on July 10, 2020.

2) Plaintiffs filed their First Amended Complaint and Demand for Trial by Jury (ECF No. 11) on July 20, 2020.  On July 27, 2020, this Court denied Defendant's Motion to Compel Arbitration and Motion to Dismiss the original complaint without prejudice (ECF No. 14), due to Plaintiffs' filing of their Amended Complaint. (ECF No. 11)

111941875.1

3) On July 29, 2020, the parties conducted a Rule 26(f) Conference. During the conference, Defendant Skillz, Inc. indicated its intent to file a renewed Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Amended Complaint.

4) Because Defendant's motion will raise jurisdictional issues, the parties agreed to a 120 day stay of discovery, up to and including **Monday, November 30, 2020**, in lieu of Defendant filing a Motion to Stay Discovery concurrently with its Motion to Compel Arbitration and Motion to Dismiss.

5) Such stay of discovery is sought in good faith and for purposes of judicial economy.

DATED this 4th day of August, 2020.

THE VERSTANDIG LAW FIRM, LLC

 /s/ Maurice VerStandig
Maurice VerStandig, SBN 15346
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

*Attorney for Plaintiffs*

DATED this 4th day of August, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ E. Leif Reid
E. Leif Reid, SBN 5750
One East Liberty Street, Suite 300
Reno, Nevada 89501

*Attorney for Defendant*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2020

111941875.1

- 2 -

99998-09223/12267516.1