**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA BALL, | * |
| | * |
| JOHN PRIGNANO, | * |
| | * |
| and | * |
| | *   Case No. 2:20-cv-888 -JAD-BNW |
| JANE ROE, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| SKILLZ INC., | * |
| | * |
| Defendant. | * |

## **DECLARATION OF MAURICE VERSTANDIG**

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice law in the State of Nevada, the Commonwealth of Virginia, the State of Maryland, the District of Columbia, the State of Florida, and before approximately fifteen courts of the United States including, *inter alia*, the United States District Court for the District of Nevada.

3. I am counsel for the plaintiffs in the above-referenced proceeding.

4. In furtherance of my serving as counsel for the plaintiffs in this case, I have collected various social media and app-based advertisements of Skillz, Inc., to be produced as part of my clients' initial disclosures pursuant to Federal Rule of Civil Procedure 26.

5. The "screenshot" images appearing in the motion to which this declaration is appended are captured from several social media videos and app-based advertisements; they do

DECLARATION OF JANE ROE - 1



1  not capture every frame of the subject videos or even the vast majority of the subject videos but,

2  rather, have been selectively chosen to highlight certain parts of the videos.

      6.     Further declarant sayeth naught.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct,



Maurice B. VerStandig



DECLARATION OF JANE ROE - 2