1  E. LEIF REID, Bar No. 5750
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128
3  Tel: 775.823.2900
   Fax: 775.823.2929
4  lreid@lrrc.com

5  Attorneys for Defendant Skillz Inc.

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | ALYSSA BALL,                    | CASE No. 2:20-cv-00888-JAD-BNW
11 | JOHN PRIGNANO,                  |
12 |                                 | **DECLARATION OF SOFIA GLEESON IN SUPPORT OF DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**
13 |           and                   |
14 | JANE ROE,                       |
15 |           Plaintiffs,           |
16 |     vs.                         |
17 | SKILLZ INC.,                    |
18 |           Defendant.            |

# DECLARATION OF SOFIA GLEESON

I, SOFIA GLEESON, declare as follows:

1. Since November of 2019, I have been employed at Skillz Inc. ("Skillz") as Head of VIP Programs and Technical Support. My responsibilities in that position include managing Skillz' VIP Support Team and overseeing Skillz' technical support functions. Prior to joining Skillz, I have served in a variety of customer service and support roles throughout my career.

2. I submit this declaration in support of Skillz' motion to dismiss and compel arbitration in the above-captioned action. I have personal knowledge of the following facts and, if called and sworn in as a witness, could and would competently testify thereto.

3. On April 17, 2020, I had a series of telephone calls with Plaintiff Alyssa Ball.

4. I reached out to Ms. Ball during the afternoon of April 17 via email to request a telephone call with her. I requested the telephone call so as to discuss a social media post on Instagram by Ms. Ball that referenced Skillz.

5. After arranging the call via email, I telephoned Ms. Ball around approximately 6:14 p.m. Ms. Ball did not answer my telephone call at that time. Ms. Ball promptly returned my phone call at approximately 6:20 p.m. and informed me that she could speak in about 15 minutes. I accordingly called Ms. Ball back at approximately 6:35 p.m. and we spoke for approximately 26 minutes, at which point the call dropped. Ms. Ball called me back at approximately 7:05 p.m. to conclude our conversation.

6. Another person—whom Ms. Ball identified as her mother—was present and participated in the discussion on the calls that began at approximately 6:35 p.m. and 7:05 p.m.

7. During my telephone call with Ms. Ball on April 17, 2020 which began at 6:35 p.m., I referenced violations of Skillz' Terms of Service by Ms. Ball. In response, Ms. Ball

-1-   Case No. 2:20-cv-00888-JAD-BNW
DECLARATION OF SOFIA GLEESON ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

1  expressed familiarity with Skillz' Terms of Service, communicating that she believed that Skillz
2  had modified its Terms of Service in response to actions taken by another Skillz community
3  member (Skillz username "Prignum42") and herself.  Ms. Ball did not claim that the arbitration
4  provisions in Skillz' Terms of Service had ever been modified.

5        8.      In late December 2019, correspondence from Skillz user ▓▓▓▓▓▓ [Plaintiff
6  Jane Roe], in connection with her "Breadnbutter37" Skillz account, was brought to my attention.
7  The "Breadnbutter37" account had been flagged by Skillz for overspending, and thus
8  temporarily disabled (by Skillz) to prevent future deposits and thus spending.  On January 2,
9  2020, I closed the "Breadnbutter37" account such that ▓▓▓▓ [Plaintiff Roe] would no
10 longer be able to play or deposit (and thus spend) on the Skillz platform.  On January 2 and 3,
11 2020, I also issued Skillz refunds to ▓▓▓▓ [Plaintiff Roe] for all deposits she had made in
12 December 2019, which totaled $13,580.

13        I declare under penalty of perjury under the law of Nevada that the foregoing is true and
14 correct.

15        Executed this 17th day of August, 2020, in Alameda, California.

*DocuSigned by:*
*Sofia Gleeson*
F0048548A100403...

Sofia Gleeson
Skillz Head of VIP Programs
and Technical Support

-2-     Case No.   2:20-cv-00888-JAD-BNW
DECLARATION OF SOFIA GLEESON ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS