# EXHIBIT 2

# Email exchange between Skillz Inc. and Plaintiff Alyssa Ball on April 28, 2020

# EXHIBIT 2

| | |
|---|---|
| **From:** | Sofia Gleeson <sgleeson@skillz.com> |
| **Sent:** | Tuesday, April 28, 2020 5:05 PM |
| **To:** | |
| **Cc:** | Legal; CJEdelman@mintz.com |
| **Subject:** | Re: Skillz Gameplay Review |
| **Attachments:** | Skillz Gameplay Review (1).pdf |

Ms. Ball,

Please find attached a letter regarding your Gameplay Review.

Regards,

--
**Sofia Gleeson**

650-793-5952 sgleeson@skillz.com www.skillz.com

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission (including attachments) are private and confidential and are the property of the sender, Skillz Inc. The information contained in the material is intended only for the use of the named addressee(s). If you are not a named addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly proh bited. If you have received this electronic mail transmission in error, please immediately notify the sender by sending an e-mail message and thereafter, destroy it immediately.

1

April 28, 2020

**Personal and Confidential**

Alyssa Ball (via email)

    *Re:   Skillz Gameplay Review*

Dear Ms. Ball:

As you know, your account has been suspended pending investigation of your gameplay.  After a detailed investigation, Skillz has determined that you have committed multiple violations of our Terms of Service (the "Terms") despite prior warnings.  Capitalized terms used but not defined herein have the meanings ascribed to them in the Terms.  These violations include:

- Intentionally aborting matches to manipulate Skillz internal refund policies
- Colluding with other players to manipulate League outcomes

Our conclusions are supported by both internal analytics and review as well as credible third party sources.

Section 4 of our Terms require you to comply with all terms, and Section 7.1 prohibits you from committing fraud. Section 7.23 of the Terms specifically prohibits cheating:

7.3. Cheating, Fraud, and Abuse. In accessing or participating in Services or using the Software, you represent and warrant to us that you will not engage in any activity that interrupts or attempts to interrupt the operation of the Services or Software. ***Anyone who engages in, participates in, or displays behavior that may be interpreted, in our sole discretion, as unfair methods in participating in Services or using the Software***, including but not limited to, the opening and/or use of multiple accounts, the use of unauthorized or altered software or hardware to assist play (e.g., bots, bot nets, and  collusion  with  bots), intentionally  poor  play in  certain  games  to  achieve competitive advantage, ***collusion  with  other players***  (e.g.  intentionally  losing rematches in Cash Competitions), deliberate transfer of money between accounts (e.g.,  "money  laundering"),  harassment  of other  participants,  posting  objectionable material, breach of these Terms, breach of security of your Account or, or any other act (whether through the use of automated technology or otherwise) that unfairly alters your chance of winning or constitutes the commission of fraud (collectively, "Abuse"), ***you will be subject to immediate sanction (as determined by us in our sole discretion), which may include, without limitation: (1) immediate termination of your Account and blocking of your access to the Website and Services; (2) any Winnings that you may otherwise have been entitled to receive shall be void and forfeited; and (3) any Winnings received by  you shall be subject to disgorgement and/or recoupment***. In addition to the foregoing, we reserve the right to disclose or report

any money laundering similar illegal activity to law enforcement and regulatory authorities. Without limiting our other available remedies, we may institute or seek any injunctive relief, civil and/or criminal proceedings against you and/or any of your co-conspirators arising out of or related to your commission of Abuse, including without limitation recovering all of our fees and expenses (including reasonable attorneys' fees) in connection with such efforts.

Based on your violation of the Terms as outlined in this letter, Skillz is permanently banning you from using any of its Services.  Your Winnings shall be void, forfeited and subject to disgorgement and/or recoupment.

This letter is without prejudice to any remedy or legal action by Skillz. All rights reserved.

Sincerely,

Sofia Gleeson

Manager of Escalated Support