1  E. LEIF REID, Bar No. 5750
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
2  One East Liberty Street, Suite 300
   Reno, Nevada 89501-2128
3  Tel: 775.823.2900
   Fax: 775.823.2929
4  lreid@lrrc.com

5  Attorneys for Defendant Skillz Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ALYSSA BALL,                          CASE No. 2:20-cv-00888-JAD-BNW

11 JOHN PRIGNANO,
                                         **AMENDED DECLARATION OF**
12              and                      **ELLIOTT KAPLAN IN SUPPORT OF**
                                         **DEFENDANT SKILLZ INC.'S MOTION**
13 JANE ROE,                             **TO COMPEL ARBITRATION AND**
                                         **MOTION TO DISMISS PLAINTIFFS'**
14                                       **FIRST AMENDED COMPLAINT**

15              Plaintiffs,

16       vs.

17 SKILLZ INC.,

18              Defendant.

19

20

21

22

23

24

25

26

27

28
                                              Case No.    2:20-cv-00888-JAD-BNW
   AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
       MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

### DECLARATION OF ELLIOTT KAPLAN

I, ELLIOTT KAPLAN, declare as follows:

1.      I have been employed at Skillz Inc. ("Skillz") since February 22, 2016.  My current position at Skillz, which I have held since December 2019, is Vice President of Customer Advocacy.  My responsibilities in that position include overseeing Skillz' Customer Service team.  I also oversee Skillz' Trust and Safety team, which works to prevent cheating and abuse on Skillz' gaming platform with the goal of providing the Skillz player community with fair and level competition.  Prior to becoming Vice President of Customer Advocacy, I held the position of Director of Customer Service, with similar responsibilities to those I have as Vice President of Customer Advocacy.  I became Director of Customer Service when I joined Skillz in February 2016.

2.      I submit this declaration in support of Skillz' motion to dismiss and compel arbitration in the above-captioned action.  I have personal knowledge of the following facts and, if called and sworn in as a witness, could and would competently testify thereto.

3.      Skillz is one of the world's leading mobile games platforms.  It hosts numerous online skills-based games, in which players can compete for cash prizes in head-to-head matches or tournament-style play.  21 Blitz is one of the games hosted on Skillz' platform.

4.      In order to play 21 Blitz or other games hosted on Skillz' platform, a user must establish a Skillz account.  A player who wishes to participate in paid entry competitions must save their account by providing an email address for the account and verifying their age via the following screen:

**AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

DocuSign Envelope ID: 661A6A3E-1FBC-48EC-A4A9-14B30A8BB961

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



18    5.    As shown above, after entering their date of birth, a user must tap on "Next" in

19 order to save their Skillz account.  Below the box labeled "Next" is an advisory stating, "By

20 tapping 'Next', I agree to the Terms of Service and the Privacy Policy."  The underlined text in

21 the advisory is a hyperlink, which, when tapped, brings the user to the webpage located at

22 *skillz.com/legal*, on which is posted Skillz' Terms of Service and Privacy Policy.  By reviewing

23 past versions of our platform software, I have confirmed that this has been the case since at least

24 January 1, 2018.

25

26

27                                           -3-        Case No.   2:20-cv-00888-JAD-BNW

28 **AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S**
**MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

DocuSign Envelope ID: 661A6A3E-1FBC-48EC-A4A9-14B30A8BB961

6.      I am aware from my personal participation in the investigation referenced below and review of Skillz correspondence with John Prignano and Alyssa Ball that (i) John Prignano maintained a Skillz account under the username "Prignum42," which was linked to the email address "███████████████" and (ii) Alyssa Ball maintained a Skillz account "Lysnico," which was linked to the email address ████████████████.  Skillz' personnel have communicated with Mr. Prignano and Ms. Ball about their respective Skillz' accounts through these email addresses.  Attached as **Exhibits 1** and **2** are examples of such correspondence.

7.      I am aware from my review of Skillz correspondence with █████████████ [Plaintiff Jane Roe] and other Skillz business records that ███████████ [Plaintiff Roe] created three Skillz accounts.  ██████████ [Plaintiff Roe] maintained a Skillz account "Breadnbutter37," which was linked to the email address "██████████████████"; a Skillz account "DrDampWeeder," which was linked to the email address "████████████████████"; and a Skillz account "LetterFourJr," which was linked to the email address "█████████████████".  Skillz' personnel have received communications from ██████████ [Plaintiff Roe] about her Skillz accounts through these email addresses.

8.      Skillz maintains a database of the dates user accounts are established.  By querying that database, I found that (i) the "Prignum 42" user account was established on January 8, 2018, (ii) the "Lysnico" user account was established on April 25, 2019; (iii) the "Breadnbutter37" user account was established on February 11, 2019; (iv) the "DrDampWeeder"

**AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

user account was established on November 17, 2019[1]; and (v) the "LetterFourJr" user account was established on January 10, 2020.[2]

9.    In order to deposit funds and then participate in paid entry competitions, a user must save their Skillz account.  Skillz maintains a database of financial transactions associated with each Skillz account.  By having this database queried, I found that:  (i) the first deposit of funds and first paid entry competition for the Prignum42 account occurred on January 2, 2019; (ii) the first deposit of funds and first paid entry competition for the Lysnico account occurred on April 25, 2019; (iii) the first deposit of funds and first paid entry competition for the Breadnbutter37 account occurred on February 16, 2019.  This confirms that these accounts had been saved not later than those dates; as noted above, a user cannot participate in paid entry competition unless their Skillz account has been saved.

10.    Attached hereto as **Exhibit 3** is a true and correct copy of Skillz' Terms of Service, as they existed between January 8, 2018 and April 25, 2019.  Sections 1.1 and 14 of the Terms of Service relate to arbitration.  The Terms of Service were amended on October 10, 2019, but Sections 1.1 and 14 were unchanged.  A true and correct copy of the Terms of Service, as amended on October 10, 2019, is attached hereto as **Exhibit 4**.  The Terms of Service, as amended on October 10, 2019 (reflected in Exhibit 4), remained the same through and beyond January 2020.

---

[1]    Creating multiple Skillz accounts is a violation of the Skillz Terms of Service. Accordingly, Skillz closed the DrDampWeeder account on November 18, 2019.

[2]    Skillz closed the LetterFourJr account on January 11, 2020.  ████████ [Plaintiff Roe] was no longer allowed on the Skillz platform by that time.

**AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

11.     Through queries of the database referenced in paragraph 9, above, I also found that: (i) the first deposit of funds and first paid entry competition for the DrDampWeeder account occurred on November 17, 2019; and (ii) the first deposit of funds and first paid entry competition for the LetterFourJr account occurred on January 10, 2020. This confirms that these accounts had been saved not later than those dates; as noted above, a user cannot participate in paid entry competition unless their Skillz account has been saved.

12.     As an incentive for players, Skillz maintains a loyalty program through which players can earn "Ticketz" – a form of virtual currency on Skillz' platform – based on the frequency of their play. Ticketz can be used to redeem prizes. The top prize is a Porsche Boxster.

13.     In August 2019, Prignano attempted to redeem Ticketz for a Porsche Boxster. Around this time, Skillz received complaints from other Skillz community members about Prignano's gameplay. Skillz investigated those complaints. In connection with that investigation, Prignano reiterated his agreement to Skillz' Terms of Service in email correspondence with Skillz. *See* **Exhibit 5**.

14.     Prignano satisfied initial tests showing that his playing ability was consistent with his level of skill. However, Skillz received information from other players in the form of text messages indicating that Prignano has been strategically aborting games in order to avoid losses. Skillz has confirmed the existence of such conduct through the use of analytics.

15.     Skillz also received evidence in the form of text messages suggesting that Prignano had colluded with Ball to manipulate the results of tournament play by throwing games to each other. Skillz has confirmed the existence of such collusion through the use of analytics.

-6-     Case No.   2:20-cv-00888-JAD-BNW

DocuSign Envelope ID: 661A6A3E-1FBC-48EC-A4A9-14B30A8BB961

16.      Skillz' Terms of Service prohibits cheating, fraud, and abuse.  Ball and Prignano's above-referenced conduct is considered cheating, fraud, and abuse under Skillz' Terms of Service.

17.      Based on the findings of its investigation, Skillz sent a notice to Prignano on March 13, 2020, notifying him that he has been permanently banned from Skillz' platform and that his winnings are forfeited and/or subject to recoupment.  A copy of that notice is attached hereto as **Exhibit 1**.

18.      Based on the findings of its investigation, Skillz sent a notice to Ball on April 28, 2020, notifying her that she has been permanently banned from Skillz' platform and that her winnings are forfeited and/or subject to recoupment.  A copy of that notice is attached hereto as **Exhibit 2**.

19.      Promoting sensible gaming is part of our culture at Skillz.  Skillz' goal is to build a player community of people committed to fair, fun, and meaningful competition.  Skillz leadership team is committed to promoting responsible behavior among Skillz players.  Skillz takes steps to detect and deter overspending on the Skillz platform by Skillz users, as this is an unacceptable customer experience.  For example, Skillz dedicates human and technical resources to detect sudden changes in account activity, reaches out to players to check in, and, in some cases, temporarily or permanently closes accounts where Skillz sees an unusual pattern of high dollar losses (amount or velocity).  Skillz also has documented procedures for when Skillz users inform Skillz that their playing has created personal financial stress.

**AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

DocuSign Envelope ID: 661A6A3E-1FBC-48EC-A4A9-14B30A8BB961

1    I declare under penalty of perjury under the law of Nevada that the foregoing is true and

2  correct.

3    Executed this 18th day of August, 2020, in Portland, Oregon.

Elliott Kaplan
Skillz Vice President of Customer Advocacy

AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on this date, I caused the foregoing **AMENDED DECLARATION OF ELLIOTT KAPLAN IN SUPPORT OF DEFENDANT SKILLZ INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to the following:

> Maurice VerStandig
> The VerStandig Law Firm, LLC
> 1452 W. Horizon Ridge Pkwy, #665
> Henderson, Nevada 89012
> mac@mbvesq.com

DATED this 18th day of August, 2020.

_____/s/ Autumn D. McDannald_____
An Employee of Lewis Roca Rothgerber Christie LLP

-9-        Case No.   2:20-cv-00888-JAD-BNW
AMENDED DECLARATION OF ELLIOTT KAPLAN ISO DEFENDANT SKILLZ INC.'S
MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS