E. Leif Reid, Bar No. 5750
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929
lreid@lrrc.com

*Attorney for Defendant*
Skillz Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA BALL, JOHN PRIGNANO, and JANE ROE, <br><br> Plaintiffs, <br><br> v. <br><br> SKILLZ INC., <br><br> Defendant. | CASE No. 2:20-CV-00888-JAD-BNW <br><br> **STIPULATION AND ORDER EXTENDING DEADLINES** <br><br> **[FIRST REQUEST]** <br><br> ECF No. 25 |

Defendant Skillz Inc., by and through its counsel, Lewis Roca Rothgerber Christie LLP, and Plaintiffs Alyssa Ball, John Prignano, and Jane Roe (together collectively referred to herein as "Plaintiffs"), by and through their counsel of record, The VerStandig Law Firm, LLC, hereby stipulate and agree as follows:

1.   Defendant shall have up to and including September 11, 2020, to respond to Plaintiff Jane Roe's Motion for Preliminary Injunction. (ECF No. 21)

2.   Plaintiffs shall have up to and including September 11, 2020, to respond to Defendant Skillz Inc.'s Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF Nos. 22 and 23)

3.   These extensions are requested to provide both parties with sufficient time to review and respond to the Motions.

/ / /

112110376.1

4. The stipulated extensions to the briefing schedule will not prejudice the parties, nor will they impact other Court-imposed deadlines established in this case. This is the first request for a continuance of either of these briefing deadlines.

DATED this 24th day of August, 2020.                    DATED this 24th day of August, 2020.

THE VERSTANDIG LAW FIRM, LLC                            LEWIS ROCA ROTHGERBER CHRISTIE LLP


 /s/ Maurice VerStandig                                  /s/ E. Leif Reid
Maurice VerStandig, SBN 15346                           E. Leif Reid, SBN 5750
1452 W. Horizon Ridge Pkwy, #665                        One East Liberty Street, Suite 300
Henderson, Nevada 89012                                 Reno, Nevada 89501

*Attorney for Plaintiffs*                               *Attorney for Defendant*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  8-25-2020