Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)444-4600
Email:  mac@mbvesq.com
*Counsel for Ms. Ball, Mr. Prignano and Jane Roe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA BALL,<br><br>JOHN PRIGNANO,<br><br>   and<br><br>JANE ROE,<br><br>   Plaintiffs,<br><br>   v.<br><br>SKILLZ INC.,<br><br>   Defendant. | Case No. 2:20-cv-888 -JAD-BNW<br><br>STIPULATION AND ORDER EXTENDING DEADLINES<br><br>[FIRST REQUEST] |

Come now Alyssa Ball ("Ms. Ball"), John Prignano ("Mr. Prignano"), Jane Roe (collectively, the "Plaintiffs") and Skillz, Inc. ("Skillz" or the "Defendant"), by and through respective undersigned counsel, and stipulate as follows:

1. The Defendant shall have until September 25, 2020 to file a brief in reply to the opposition of the Plaintiffs (DE #27) to the Defendant's Motion to Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' First Amended Complaint (DE #22 and DE #23).

2. Jane Roe shall have until September 25, 2020 to file a brief in reply to the opposition of the Defendant (DE #28) to Jane Roe's Motion for Preliminary Injunction (DE #21).



3. These extensions are provided to allow all parties time to assess various legal arguments and, further, in light of certain voluntary personal obligations assumed by the Plaintiffs' counsel.

4. The stipulated extensions to the briefing schedule will not prejudice the parties, nor will they impact other Court-imposed deadlines established in this case. This is the first request for a continuance of either of these briefing deadlines.

Dated this 16th day of September, 2020

/s/ E. Leif Reid
E. Leif Reid, SBN 5750
One East Liberty Street, Suite 300
Reno, Nevada 89501
Counsel for the Defendant

Dated this 16th day of September, 2020

/s/ Maurice B. VerStandig
Maurice B. VerStandig, SBN 15346
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Counsel for the Plaintiffs

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/17/2020 _____

