Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)444-4600
Email:  mac@mbvesq.com
*Counsel for Jane Roe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA BALL, *et al.* | * |
| | * |
| Plaintiffs, | * |
| v. | * |
| | *   Case No. 2:20-cv-888 -JAD-BNW |
| SKILLZ INC., | * |
| | * |
| Defendant. | * |
| | * |

**NOTICE OF APPEAL**

Comes now Jane Roe,[1] a plaintiff in the above-captioned proceeding, by and through undersigned counsel, pursuant to Federal Rule of Appellate Procedure 3, and hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion to Compel Arbitration, Denying Motions to Dismiss and for a Preliminary Injunction, and Overruling Objection (DE #42) entered in this action on the 12th day of November, 2020.

**[SIGNATURE ON FOLLOWING PAGE]**

---

[1] As is the subject of this appeal, "Jane Roe" is a fictitious name.



Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
Electronic Mail: mac@mbvesq.com
*Counsel for Jane Roe*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2020, I have caused a true and accurate copy of the foregoing to be served on the following person via this Honorable Court's CM/ECF system:

E. Leif Reid, Esq.
Lewis Roca Rothgerber Christie LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
lreid@lrrc.com
*Counsel for the Defendant*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

