UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff - Appellant,<br><br> and<br><br>ALYSSA BALL and JOHN PRIGNANO,<br><br>　　　　Plaintiffs,<br><br>  v.<br><br>SKILLZ, INC.,<br><br>　　　　Defendant - Appellee. | No. 20-17221<br><br>D.C. No. 2:20-cv-00888-JAD-BNW<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

　　　　The judgment of this Court, entered September 09, 2021, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7